AO 440 (Rev. 06/12) Summons in a Civil Action

FILED BY __ K.P. __ D.C.

DEC 09 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

SOBERS BROOKS
*Plaintiff(s)*

v.

Emily Phillips
*Defendant(s)*

Civil Action No. 19CV25051

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Emily Phillips
2 Biscayne Blvd,
Suite 2300,
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: SOBERS BROOKS
2 Warwick Lane,
New Castle,
DE 19720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/9/2019

K.P.
*Signature of Clerk or Deputy Clerk*

FILED BY K.P. D.C.

DEC 09 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

SOBERS BROOKS
_____
Plaintiff(s)

v.

Civil Action No. 19CV25051

General Magistrate Nabal Frankel
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* General Magistrate NAbAT FRANKel, Lawson E. Courthouse, Room CHC 1626 Circuit Family Matters Division 175 NW 1st Ave, Miami, FL 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SOBERS BROOKS
2 WARWICK LANE
New CASTLE
DE 19720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED BY K.P. D.C.

DEC 09 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

SOBERS BROOKS
_____
Plaintiff(s)

v.

Civil Action No. 19CV25051

Renita Henry
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Renita Henry
500 East Broward Blvd.,
Suite 1710
Fort Lauderdale, FL 33394

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sobers Brooks
2 Warwick Ln.,
New Castle,
DE 19720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/9/2019

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED BY K.P. D.C.

DEC 09 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

SOBERS BROOKS
*Plaintiff(s)*

v.

Judge Scott Bernstein
*Defendant(s)*

Civil Action No. 19CV25051

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Judge Scott Bernstein
Lawson E. Courthouse,
Room CHC 2815,
Circuit Family Division
175 NW 1st Ave,
Miami, FL 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SOBERS BROOKS
2 WARWICK LANE
New Castle
DE 19720

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

K.P.

Date: 12/9/2019

*Signature of Clerk or Deputy Clerk*